**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>REGINA VILLEGAS;<br>ABRAHAN RIVAS,<br><br>　　　　　Defendants. | Case No.: CV 19-6382-DMG (FFMx)<br><br>**JUDGMENT** |

This Court having granted in part Plaintiff Daniel Lopez's Motion for Summary Judgment and dismissed as moot the remaining portion of his claim by Order dated October 29, 2020,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendants Regina Villegas and Abrahan Rivas. Defendants are ORDERED to provide an ADA-compliant accessible parking space and adjacent access aisle, transaction counter, and interior paths of travel at Los Tres Amigos Meat Market, located 9701 S. Avalon Blvd., Los Angeles, California.

DATED: October 29, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE