UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REGINA VILLEGAS;<br>ABRAHAN RIVAS,<br><br>　　　　　Defendants. | Case No. CV 19-6382-DMG (FFMx)<br><br>**AMENDED JUDGMENT** |

-1-

|   |   |
|---|---|
| 1 | This Court having granted in part Plaintiff Daniel Lopez's Motion for Summary |
| 2 | Judgment and dismissed as moot the remaining portion of his claim by Order dated |
| 3 | October 29, 2020, and granted in part his Motion for Attorneys' Fees by Order dated May |
| 4 | 20, 2021, |

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendants Regina Villegas and Abrahan Rivas. Defendants are ORDERED to provide an ADA-compliant accessible parking space and adjacent access aisle, transaction counter, and interior paths of travel at Los Tres Amigos Meat Market, located 9701 S. Avalon Blvd., Los Angeles, California and to pay $5,365.90 in attorney fees and $2,241.16 in litigation expenses.

DATED: May 26, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE